UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ROBERT W. JIMERSON, et al.

Plaintiff(s),

v.

JELD-WEN, INC., EMPLOYEE STOCK
OWNERSHIP AND RETIREMENT PLAN, et al

Defendant(s).

Civil Case No. 1:13-cv-00177-CL

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney R. Joseph Barton requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Barton, Robert, J
 (Last Name)   (First Name)   (MI)   (Suffix)

Firm or Business Affiliation: Cohen Milstein Sellers & Toll PLLC

Mailing Address: 1100 New York Ave., NW, Suite 500, West Tower

City: Washington    State: DC    Zip: 20005

Phone Number: (202) 589-2258    Fax Number: (202) 408-4699

Business E-mail Address: jbarton@cohenmilstein.com

**(2) BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
Cal., 1/17/01, 212340; D.C., 3/8/02, 476510

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
D.D.C., 5/16/02; S.D. Cal., 2/21/02; C.D. Cal., 5/21/02; E.D. Wis. 9/9/02; D. Md. 3/17/03; N.D. Tex., 5/2/03

11th Cir., 6/16/03; N.D. Cal., 12/28/04; D. Colo., 5/2/05; 5th Cir., 11/15/06; 10th Cir., 11/24/06; E.D. Cal., 1/3/07

W.D. Tex., 1/29/07; W.D. Wis., 4/20/09; D.N.D., 4/27/09; N.D. Ill., 6/9/09; 8th Cir., 5/21/10; D. Neb., 8/26/10

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Robert W. Jimerson, Philip Bellotti, and Bradley S. Snodgrass on behalf of themselves individually, and on behalf of all others similarly situated.

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 8th day of February, 2013

_(Signature of Pro Hac Counsel)_

R. Joseph Barton
_(Typed Name)_

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 12th day of February, 2013

_(Signature of Local Counsel)_

Name: Johnson, Derek, C
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 882340
Firm or Business Affiliation: Johnson Johnson Larson & Schaller
Mailing Address: 975 Oak Street, Suite 1050
City: Eugene   State: OR   Zip: 97401
Phone Number: (541) 484-2434   Business E-mail Address: djohnson@jjlslaw.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

Revised February 17, 2011

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3