UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ROBERT W. JIMERSON, et al.

Plaintiff(s),

v.

JELD-WEN, INC., EMPLOYEE STOCK OWNERSHIP AND RETIREMENT PLAN, et al

Defendant(s).

Civil Case No. 1:13-cv-00177-CL

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Bruce F. Rinaldi requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Rinaldi, Bruce, F
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Cohen Milstein Sellers & Toll PLLC

Mailing Address: 1100 New York Ave., NW, Suite 500, West Tower

City: Washington   State: DC   Zip: 20005

Phone Number: (202) 408-4619   Fax Number: (202) 408-4699

Business E-mail Address: brinaldi@cohenmilstein.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
D.C., 6/6/97, 455187; Cal., 1/29/73, 55133
Ariz., 4/28/73, 003323

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
D.D.C., 5/6/02; D. Ariz., 7/30/73

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 5,000,000.00 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Robert W. Jimerson, Philip Bellotti, and Bradley S. Snodgrass on behalf of themselves individually, and on behalf of all others similarly situated.

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this __8th__ day of __February__, __2013__

_(Signature of Pro Hac Counsel)_

__R. Joseph Barton__
_(Typed Name)_

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __12th__ day of __February__, __2013__

_(Signature of Local Counsel)_

Name: __Johnson__ , __Derek__ , __C__
 _(Last Name)_  _(First Name)_  _(MI)_  _(Suffix)_

Oregon State Bar Number: __882340__
Firm or Business Affiliation: __Johnson Johnson Larson & Schaller__
Mailing Address: __975 Oak Street, Suite 1050__
City: __Eugene__   State: __OR__   Zip: __97401__
Phone Number: __(541) 484-2434__   Business E-mail Address: __djohnson@jjlslaw.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge