UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Ronnie Dooley, et al.

                **Plaintiff(s),**

v.

Ronald Saxton, et al.

                **Defendant(s).**

Civil Case No. 1:12-cv-01207-CL

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Michael C. Higgins** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Higgins, Michael, C.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Morgan, Lewis & Bockius LLP
Mailing Address: 1701 Market Street
City: Philadelphia   State: PA   Zip: 19103
Phone Number: 215.963.4877   Fax Number: 215.963.5001
Business E-mail Address: mhiggins@morganlewis.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Supreme Court of Pennsylvania, October 22, 2003; PA I.D. #90913

Commonwealth of Massachusetts, June 22, 2005, I.D. #662443

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Eastern District of Pennsylvania, November 2003, #90913

District of Massachusetts, 2005, #662443

U.S. Court of Appeals, First Cir. (2005), Third Cir. (2011), D.C. Cir. (2004)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Ronald Saxton, Roderick C. Wendt, R. Neil Stuart, The Administrative

Committee of the Jeld-Wen, Inc. Employee Stock Ownership & Retirement

Plan, and The Jeld-Wen Employee Stock Ownership & Retirement Plan

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 9th day of February, 2015

*(Signature of Pro Hac Counsel)*

Michael C. Higgins
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 11th day of February, 2015

*(Signature of Local Counsel)*

Name: Blackhurst, Steven K.
      *(Last Name)*        *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 730320

Firm or Business Affiliation: Ater Wynne LLP

Mailing Address: 1331 NW Lovejoy Street, Suite 900

City: Portland    State: OR    Zip: 97209-3280

Phone Number: (503) 226-1191    Business E-mail Address: skb@aterwynne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge