UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Ronnie Dooley, et al.

_____
        Plaintiff(s),
v.

Ronald Saxton, et al. and Jeld-Wen Employee
Stock Ownership & Retirmenet Plan
_____
        Defendant(s).

Civil Case No. 1:12-CV-1207-MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Jamie L. Bowers _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Bowers (Last Name)   Jamie (First Name)   L. (MI)   ___ (Suffix)

Firm or Business Affiliation: Cohen Milstein Sellers & Toll PLLC

Mailing Address: 1100 New York Ave., NW, 5th Floor

City: Washington   State: DC   Zip: 20005

Phone Number: 202-408-4600   Fax Number: 202-408-4699

Business E-mail Address: jbowers@cohenmilstein.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

           Florida, 10/24/2014, 0113659

           DC, 1/9/2017, 1044793

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Robert W. Jimerson; Philip Bellotti; Bradley S. Snodgrass; Steven J. Wolf

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 30th day of January, 2017

_____
*(Signature of Pro Hac Counsel)*

Jamie L. Bowers
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 31st day of January, 2017

_____
*(Signature of Local Counsel)*

Name: Middleton, Jennifer, J.
*(Last Name)   (First Name)   (MI)   (Suffix)*

Oregon State Bar Number: 071510

Firm or Business Affiliation: Johnson, Johnson, Lucas & Middleton, PC

Mailing Address: 975 Oak Street, Suite 1050

City: Eugene   State: OR   Zip: 97401-3124

Phone Number: 541-683-2506   Business E-mail Address: jmiddleton@justicelawyers.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge