UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Ronnie Dooley, et al.

_____
                **Plaintiff(s),**
v.

Ronald Saxton, et al. and Jeld-Wen Employee
Stock Ownership & Retirement Plan
                **Defendant(s).**

Civil Case No. 1:12-CV-1207-MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Karen L. Handorf  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**

Name:  Handorf         Karen         L.
       (Last Name)    (First Name)  (MI)   (Suffix)

Firm or Business Affiliation: Cohen Milstein Sellers & Toll PLLC
Mailing Address: 1100 New York Avenue, NW, 5th Floor
City: Washington    State: DC    Zip: 20005
Phone Number: 202-408-4600    Fax Number: 202-408-4699
Business E-mail Address: khandorf@cohenmilstein.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a)   State bar admission(s), date(s) of admission, and bar ID number(s):

        Wisconsin, 6/9/1975, 1017039

        District of Columbia, 7/11/2008, 491895

   (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):

        Ninth Circuit, 7/18/1980

        Seventh Circuit, 2/17/1981

        Tenth Circuit, 9/16/2004

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Robert W. Jimerson; Philip Bellotti; Bradley S. Snodgrass; Steven J. Wolf

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __30th__ day of __January__, __2017__

_____
(Signature of Pro Hac Counsel)

Karen L. Handorf
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __31st__ day of __January__, __2017__

_____
(Signature of Local Counsel)

Name: __Middleton__   __Jennifer__   __J.__
   (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: __071510__

Firm or Business Affiliation: __Johnson, Johnson, Lucas & Middleton, PC__

Mailing Address: __975 Oak Street, Suite 1050__

City: __Eugene__   State: __OR__   Zip: __97401-3124__

Phone Number: __541-683-2506__   Business E-mail Address: __jmiddleton@justicelawyers.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge