## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| RONNIE DOOLEY, THOMAS KITT, *et al.*, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD SAXTON, R. NEIL STUART, RODERICK C. WENDT, the ADMINISTRATIVE COMMITTEE OF THE JELD-WEN, INC. EMPLOYEE OWNERSHIP AND RETIREMENT PLAN, and the JELD-WEN, INC. EMPLOYEE STOCK OWNERSHIP AND RETIREMENT PLAN.<br><br>Defendants. | Case No. 1:12-CV-1207-MC (Consolidated with Case No.: 1:13-cv-00177-MC and Case No. : 1:13-cv-00395-MC)<br><br>**DECLARATION OF DANIEL FEINBERG** |

I, Daniel Feinberg, declare under penalty of perjury of the laws of the United States as follows:

1.     I am a member in good standing of the Bar of the State of California and a shareholder in the law firm of Lewis, Feinberg, Lee & Jackson, P.C. ("Lewis Feinberg"). I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them.

2.     I am a 1988 graduate of Boalt Hall School of Law at the University of California at Berkeley (Berkeley Law). I was hired by the firm then known as Sigman & Lewis as an associate in 1988, and became a partner in 1993. I have specialized in employee benefits law since joining the firm.

3.     I have been active in the National Employment Lawyers Association and spoke at their 1992, 1996, 1998, 1999 and 2009 Annual Conferences. I have presented papers at many other legal conferences, including the 1994-1997 and 2000 Annual Meetings of the American

Exhibit 17

Bar Association, the 1999, 2001 and 2003 Annual Meetings of the Western Pension and Benefits

Conference, the 2005 and 2006 Los Angeles Benefits Conferences, and numerous West Legal

Works' ERISA Litigation Conferences from 1995 to the present.

   4.  I am also a contributing editor on pension law for a legal reference book published

by Little, Brown and Company in 1995, and a contributing author to the 2000, 2003, 2006 and

2008 Supplements to the ABA Section of Labor and Employment Law's book entitled Employee

Benefits Law.  My other publications include ABA Employee Benefits Committee Newsletter,

"The Seventh Circuit Revisits Class Certification of Breach of Fiduciary Duty Claims Involving

Defined Contribution Plans," Fall 2013; ERISA Litigation Reporter, "*Abatie v. Alta Health* - A

Victory for Plaintiffs on the Standard of Review," Vol. 14, No. 5, September-October 2006; The

Practical Lawyer, "Independent Contractors, Leased Employees and Other Contingent Workers,"

Vol. 47, No. 2, March 2001; ERISA Litigation Reporter, "*Wetzel v. Lou Ehlers Cadillac Group*

*LTD*:  Distinctions Without a Difference?", October 2000; ERISA Litigation Reporter, "*Varity*

*Corp. v. Howe*: The Plaintiff's Perspective", Vol. 5, No. 2, June 1996 (co-author with Jeffrey

Lewis); Labor Center Reporter, "*Varity Corp. v. Howe*", Vol. 298, Summer 1996 and "Have You

Been Denied Health Benefits Recently?", Vol. 303, Spring 1998 (co-author with Tyler Weaver);

and Tax Management Compensation Planning Journal, "Claims Against ERISA Plan Service

Providers", Vol. 23, No. 8, August 4, 1995 (co-author with Robert Pizzo).

   5.  My published cases include *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955

(9th Cir. 2006) (en banc) (argued); *Comer v. Salomon Smith Barney*, 437 F.3d 1098 (9th Cir.

2006) (argued); *Lee v. California Butchers' Pension Trust Fund*, 154 F.3d 1075 (9th Cir. 1998)

(argued); *Mongeluzo v. Baxter Travenol LTD Plan*, 46 F.3d 938 (9th Cir. 1995) (argued); *Kayes*

*v. Pacific Lumber Co.*, 51 F.3d 1449 (9th Cir. 1995) (on briefs); *Sizemore v. Pacific Gas & Elec.*

*Retirement Plan*, 952 F.Supp. 2d 894 (N.D. Cal. 2013); *Neil v. Zell*, 677 F.Supp. 2d 1010 (N.D.

Ill. 2009); *Villegas v. The Pep Boys Manny Moe & Jack of Cal.*, 551 F.Supp.2d 982 (C.D. Cal.

2008); *Arrez v. Kelly Services, Inc.*, 522 F. Supp. 2d 997 (N.D. Ill. 2007); *Arora v. Hartford Life*

*and Annuity Ins. Co.*, 519 F.Supp.2d 1021 (N.D. Cal. 2007); *Weis v. Accidental Death &*

*Dismemberment Ben. Plan of Kaiser Foundation*, 442 F. Supp. 2d 850 (N.D. Cal. 2006); *Bell v.*

Exhibit 17

*Exec. Comm. of the UFCW Pension Plan for Employees*, 191 F.Supp.2d 10 (D.D.C. 2002); and *Levin v. Unum Life Ins. Co.*, 33 F.Supp.2d 1179 (N.D. Cal. 1998). The *Abatie* decision established a new standard of review for employee benefits cases in the Ninth Circuit where the party deciding a benefit claim has a financial conflict of interest. The *en banc* decision has already been cited more than 700 times since it was issued.

6.      I have also worked as a Lecturer at Berkeley Law (UC Berkeley – Boalt Hall). I taught a class on Employee Benefits Law in Spring 2012. I have been named a "Northern California Super Lawyer" for the last 12 years and a Northern California "Top 100" Lawyer for 2011, 2012, 2013, 2014 and 2015. In November 2003, The Recorder newspaper gave me an honorable mention in the category of top attorney for ERISA plaintiffs in the San Francisco Bay Area.

7.      I have served as a private mediator in ERISA-related litigation matters, including a class action in the Middle District of Florida wherein I was appointed Special Master by the Court for settlement purposes. I have also served as an expert witness in ERISA-related litigation.

8.      I am serving or have served as lead or co-counsel in numerous ERISA class actions, including cases against the Tribune Company, GreatBanc Trust Company, Pacific Lumber Company, Lone Star Steel Company, Color Tile, Kelly Moore Paint, and four related class actions in the District of Oregon arising from the largest pension investment fraud in U.S. history, consolidated as *In Re Consolidated Capital Consultants Litigation*, Civil Case No. 00-1290-KI. I have served as lead or co-counsel in numerous vacation pay class actions, including class actions against Providian, CKE Restaurants, Inc., Adecco, Kelly Services, Sodexho, Inc., Vicorp Restaurants, Inc., Securitas Security Services USA, Inc., and Gottschalks, Inc.

9.      Lewis Feinberg is one of the few law firms in the United States that specializes in representing plaintiffs in employee benefits litigation. Because the Employee Retirement Income Security Act of 1974 (ERISA) provides for federal jurisdiction, ERISA litigation specialists are able to represent clients in District Courts throughout the United States after being admitted *pro hac vice*. For example, my firm has represented clients in litigation in the United States District

Exhibit 17

Courts for the District of Connecticut, the Southern District of New York, the Northern, Central and Southern Districts of Illinois, the Northern District of Texas, the Eastern District of Michigan, the District of Oregon, the Western District of Pennsylvania, and the Middle District of North Carolina, in addition to many actions in the District Courts of California. Therefore, the relevant community for determining the prevailing market rate is the national community of ERISA specialists, which is small.

10.    I have litigated a number of ESOP cases, specifically, including cases involving ESOPs sponsored by Tribune Company, People Care Holdings, Inc., Kelly Moore Paint Co., Valin Corp., Houlihan Smith & Co., Southern California Pipeline, Inc., Sentry Services, Ltd., and Valley Aggregate, Inc. I am therefore familiar with the complexity of ESOP litigation.

11.    Effective February 2014, my hourly litigation rate is $775 per hour. My hourly litigation rate from January 2012 until February 2014 was $725 per hour. From January 2010 until January 2012, my hourly litigation rate was $650 per hour. Although most of my work is done on a contingent fee basis, I currently have clients who are paying an hourly rate of $725 per hour. Based on my knowledge of the relevant community of ERISA specialists and my experience in ERISA litigation, I believe that my hourly rate is reasonable and within market rate for attorneys at my experience level. In 2008, the Northern District of California awarded attorneys' fees to me at the hourly rate of $575. *Caplan v. CNA Financial Corp.*, 573 F.Supp.2d 1244, 1249-50 (N.D. Cal. 2008). In 2007, the Central District of California also awarded attorneys' fees to me at the hourly rate of $575. *Hawkins-Dean v. Metropolitan Life Ins. Co.*, 2007 WL 2735684, at *1 (C.D. Cal. 2007) ("the Court finds the hourly rate of Mr. Feinberg [$575] . . . to be reasonable").

12.    I am not being compensated for my time in providing this declaration.

13.    I do not have a financial stake in the outcome of the above-referenced litigation.

14.    Based on all of the experience stated above, I am familiar with the size and abilities of the ERISA plaintiffs' bar. The size of that bar is small, and many of those who handle ERISA cases handle only individual claims for benefits under the terms of welfare, not pension, plans.

Exhibit 17

15.    Based on my knowledge of the relevant community of ERISA class action litigators and my experience with similarly complex litigation, I am familiar with attorney fee awards in ERISA cases around the country and the market rate for services in ERISA cases. Fee awards compensate attorneys for the risk of not prevailing, as well as for the attorneys' expertise and advocacy, and their willingness to take cases on a contingent basis, including carrying expenses and the inevitable delays in receiving any compensation, and the results ultimately obtained. I believe that the hourly rates that Plaintiffs seek here – of: $790 for Bruce Rinaldi (of counsel,1972 grad); $ 655 for R. Joseph Barton (partner, 2000 grad); $600 for Matthew Hurst (partner, 1999 grad.); $600 for Matthew Heffner (partner, 1997 grad.); $425 for Glenn Hara (associate, 2003 grad.), $ 375 for Kira Hettinger (associate, 2013 grad); $700 for Robert Izard (partner, 1983 grad.); $600 for Mark Kindall (partner, 1988 grad.) and $250 for paralegal work – are reasonable and within market rate for attorneys at their experience level.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Executed this 16th day of July, 2015 in Oakland, California.

Daniel Feinberg

Exhibit 17